Adam I. Gafni, Cal. Bar No. 230045
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, California 90403
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com
Attorneys for Plaintiff, VINCENT K. TYLOR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT K. TYLOR,<br>Plaintiff,<br>v.<br>JOEL LIEBKE aka JOE LIEBKE doing business as LUXPADS; THE LUX GROUP, INC., and DOES 1-10<br>Defendants. | **Case No.: 2:16-cv-1660**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Settlement Agreement and Mutual Release by and among Plaintiff VINCENT K. TYLOR ("Tylor") and Defendants JOEL LIEBKE aka JOE LIEBKE doing business as LUXPADS; THE LUX GROUP, INC. (collectively, "Lux Group"), Tylor, by and through his attorneys, files this Stipulation and Dismissal of the Action With Prejudice as to Defendants Lux Group.

WHEREAS Tylor and Lux Group reached a full settlement of this case (the "Action") and, in that regard, signed a Settlement Agreement and Mutual Release dated August 17, 2016 (the "Settlement");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Tylor and Lux Group, through their respective counsel of record,

subject to the Court's order pursuant to F.R.C.P. 41(a)(2), that this Action shall be dismissed with prejudice as to Defendants Lux Group, and without prejudice as to the Doe Defendants. Each party is to bear his or its own costs of suit and attorneys' fees.

SO STIPULATED.

Dated: October 3, 2016

LAW OFFICES OF ADAM I. GAFNI

By: /s/Adam I. Gafni
Adam I. Gafni
Attorneys for Plaintiff
VINCENT K. TYLOR

Dated: October 3, 2016

HSO LAW

By: /s/ Heather S. Orr
Heather S. Orr
Attorney for Defendants
JOEL LIEBKE and THE LUX GROUP, INC.